IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-cv-188-D

SEASIDE HCBS, LLC,

          Plaintiff,

v.                 **ENTRY OF DEFAULT**

SHEPHARD LEE SPRUILL, II,

          Defendant.

  Before the Court is Plaintiff's Motion for Entry of Default. For the reasons stated in Plaintiff's motion, Plaintiff's supporting declaration, and the complete record of this civil action, the Clerk of Court is satisfied that Plaintiff has effected service of process on Defendant, and Defendant has failed to plead or otherwise defend the Verified Complaint filed against him within twenty-one (21) days after service. Accordingly, the Court finds good cause exists to grant Plaintiff's Motion for Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1(a).

  Therefore, the Clerk of Court hereby enters Defendant Shephard Lee Spruill, II's default on the Court's docket record of this civil action.

  This the 20 day of February 2019.

                   _____
                   Peter A. Moore, Jr.
                   Clerk of Court
                   United States District Court for the Eastern
                   District of North Carolina